UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21889-RNS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**THE TALBOTS, INC., a foreign
for-profit corporation,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, hereby gives notice of the voluntary dismissal **without prejudice** of the above-styled cause.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent an e-mail of such filing to:

The Talbots, Inc.
c/o Stephanie Sheridan, Esq.
    Reid Gaa, Esq.
STEPTOE & JOHNSON
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA  94105
(415) 365-6715
ssheridan@steptoe.com
rgaa@steptoe.com

                                                          /s/  *Roderick V. Hannah*
                                                            Roderick V. Hannah