United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Victor Ariza, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-21889-Civ-Scola |
| | ) |
| The Talbots, Inc., Defendant. | ) |

## Order of Dismissal

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 14.) The Court directs the Clerk to **close** this case. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida on September 1, 2022.

_____
Robert N. Scola, Jr.
United States District Judge